JAMES McGINN, Respondent, v. D. & P. REALTY CORP., Appellant.— Action to recover damages for personal injuries resulting from plaintiff's fall on a fire escape ladder on defendant's multiple dwelling, where the use of the fire escape had been authorized by the landlord. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

SALVATORE MEZZACAPPA, Respondent, v. MARGARET MEZZACAPPA, Appellant.— Action by plaintiff husband against defendant wife for absolute divorce. Interlocutory judgment in favor of plaintiff unanimously affirmed, without costs. There was a defect in formal proof, which was not made the subject of objection on the trial, in respect. of whether or not the defendant had obtained a prior decree of divorce. The question is raised for the first time on this appeal. It is not asserted that there is any such decree outstanding. It furnishes no ground for a reversal on the merits. However, a final decree should not be entered unless formal proof on this phase be furnished to the Special Term, to which the matter is hereby remitted for such purpose. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.